Nicholas J. Neidzwski, OSB # 172584
Anderson Carey Williams & Neidzwski
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
nick@boatlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM STRULOEFF,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, MANAGEMENT & TRAINING CORPORATION, INLANDBOATMEN'S UNION OF THE PACIFIC, AND TONGUE POINT JOB CORPS CENTER,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT IN PERSONAM FOR DAMAGES FOR PERSONAL INJURIES**<br><br>**(NEGLIGENCE)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges:

## COMPLAINT FOR DAMAGES

1. The Complaint of **WILLIAM STRULOEFF**, a person of the full age of majority and residence within this District, respectfully represents:

2. Defendant, **UNITED STATES OF AMERICA**, located within the State of Oregon and the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

3. Defendant, **MANAGEMENT & TRAINING CORPORATION**, a foreign corporation doing business within the State of Oregon and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

4. Defendant, **TONGUE POINT JOB CORPS CENTER**, an entity/program administered by the United States Department of Labor doing business within the State of Oregon and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

5. Defendant, **INLANDBOATMEN'S UNION OF THE PACIFIC**, Marine Division of the International Longshore and Warehouse Union, a labor organization, as that term is defined under the Labor Management Relations Act, 29 U.S.C. § 152(5),



ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

doing business within the State of Oregon and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

6. Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law, and Diversity.

7. The **UNITED STATES** has waived sovereign immunity by virtue of the Clarification Act, 50 U.S.C.A. § 4701, the Suits in Admiralty Act, 46 U.S.C.A. §30901, *et seq.*, and/or, in the alternative, by virtue of the Public Vessels Act, 46 U.S.C.A. § 31101.

8. Upon information and belief, at all pertinent times, the **M/V IRONWOOD** was owned, operated, managed, and/or controlled by the United States Government and/or **INLANDBOATMEN'S UNION OF THE PACIFIC** and/or their agents, including **TONGUE POINT JOB CORPS CENTER** and/or **MANAGEMENT & TRAINING CORPORATION**, and thus the United States Government comes under the purview of the Clarification Act, 50 U.S.C.A. § 4701, the Suits In Admiralty Act, 46 USCA Section 30901, *et seq*., or alternatively, the Public Vessels Act, 46 USCA Section 31101.

9. On or about August 9, 2018, **WILLIAM STRULOEFF** was employed by the **INLANDBOATMEN'S UNION OF THE PACIFIC**, contracted to work through



**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

**MANAGEMENT & TRAINING CORPORATION** as a Jones Act Seaman aboard the **M/V IRONWOOD**.

10. On or about August 9, 2018, plaintiff **WILLIAM STRULOEFF** experienced an accident while working as an instructor aboard the **M/V IRONWOOD**, at which time he fell over an improperly placed tiedown on the deck of the vessel, severely injuring his knee and other parts of his body.

11. On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of the **UNITED STATES OF AMERICA, TONGUE POINT JOB CORPS CENTER, INLANDBOATMEN'S UNION OF THE PACIFIC, AND MANAGEMENT & TRAINING CORPORATION** in the following, non-exclusive respects:

a) Breach of a legally imposed duty of reasonable care owed by the Defendants to the plaintiff
b) Failure to provide a reasonably safe place to work;
c) Failure to properly train and supervise plaintiff;
d) Failure to take any means or precautions for the safety of Defendants' employees, including Plaintiff;
e) Creation and maintenance of an unseaworthy vessel;
f) Failure to provide minimum safety requirements;
g) Failure to provide adequate equipment for the job in question;
h) Failure to provide adequate personnel for the job in question;



ANDERSON CAREY
WILLIAMS & NEIDZWSKI
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

i) Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

12. As a direct result of the negligence of the Defendants and the unseaworthiness of the vessel, Plaintiff, **WILLIAM STRULOEFF**, is entitled to recover from the Defendants reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

a) Past, present and future physical, mental and emotional pain and suffering;

b) Past, present and future loss of wages, fringe benefits and wage earning capacity;

c) Past and future physical disability;

d) Past, present and future medical expenses; and

e) All other special and general damages as will be shown at the trial of this matter.

13. Pursuant to the General Maritime Law of the United States of America, **UNITED STATES, TONGUE POINT JOB CORPS CENTER, AND INLANDBOATMEN'S UNION OF THE PACIFIC** have and continue to have the absolute and nondelegable duty to provide plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

14. As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.



**ANDERSON CAREY WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

15. Therefore, Plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendants, **UNITED STATES OF AMERICA, TONGUE POINT JOB CORPS CENTER, AND INLANDBOATMEN'S UNION OF THE PACIFIC** fail to honor their respective maintenance and cure obligations, Plaintiff is entitled to attorney's fees, punitive damages, and an additional compensatory award for any acts of negligence on the part of the Defendants which would result in a deterioration of the Plaintiff's medical condition.

16. Plaintiff specifically alleges a claim for punitive damages against defendants herein based upon General Maritime Law. This claim relates not only to any arbitrary and/or unreasonable failure of defendant to pay maintenance and cure benefits but also for any gross negligence of the defendants as may be allowed under General Maritime Law.

17. Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE**, Plaintiff prays that Defendants, **UNITED STATES OF AMERICA, TONGUE POINT JOB CORPS CENTER, INLANDBOATMEN'S UNION OF THE PACIFIC, AND MANAGEMENT & TRAINING CORPORATION**, be duly cited to appear and answer this Complaint and, after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **WILLIAM STRULOEFF** and against the Defendants, **UNITED STATES OF AMERICA, TONGUE POINT JOB CORPS CENTER, INLANDBOATMEN'S UNION OF THE PACIFIC, AND MANAGEMENT & TRAINING**



**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
21 Bellwether Way, Suite 104
Bellingham, Washington 98225
(360) 671-6711 - Fax (360) 647-2943

**CORPORATION**, for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, Plaintiff prays that Defendants, **UNITED STATES OF AMERICA, TONGUE POINT JOB CORPS CENTER, AND INLANDBOATMEN'S UNION OF THE PACIFIC**, be cast in judgment in favor of Plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled by law and penalties and additional damages, if applicable.

DATED this 7th day of August, 2020.

ANDERSON CAREY WILLIAMS & NEIDZWSKI

*/s/ Nicholas J. Neidzwski*

Nicholas J. Neidzwski, OSB # 172584
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
nick@boatlaw.com
Attorneys for Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff, WILLIAM STRULOEFF, hereby demands trial by jury of the above-captioned case.

DATED this 7th day of August, 2020.

ANDERSON CAREY WILLIAMS & NEIDZWSKI

*/s/ Nicholas J. Neidzwski*

Nicholas J. Neidzwski, OSB # 172584
21 Bellwether Way, Suite 104
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
nick@boatlaw.com
Attorneys for Plaintiff